[No. 39245-3-II.  Division Two.  April 13, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH NICKOLS, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 08-1-00771-0, Richard L. Brosey, J., entered April 1, 2009. *Reversed* and *remanded* by unpublished opinion per Penoyar, A.C.J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 39257-7-II.  Division Two.  April 13, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN KEVIN STROMME, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 08-1-02153-0, Barbara D. Johnson, J., entered April 10, 2009. *Reversed in part* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, C.J., and Houghton, J.

[No. 27651-1-III.  Division Three.  April 15, 2010.]

*In the Matter of the Personal Restraint of* RAYNE DEE WELLS, JR., *Petitioner.*

Petition for relief from personal restraint. *Dismissed* by unpublished opinion per Korsmo, J., concurred in by Brown, A.C.J., and Sweeney, J.

[No. 62792-9-I.  Division One.  April 19, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JEROME STEVEN TALLEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 07-1-07827-1, Jim Rogers, J., entered December 15, 2008. *Affirmed* by unpublished opinion per Leach, J., concurred in by Dwyer, C.J., and Meyer, J. Pro Tem.